**United States District Court**
**Eastern District of Texas**
**Lufkin Division**

| | | |
|---|---|---|
| Personal Audio, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case 9:11-cv-00120-RC |
| Apple, Inc. | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |
| | ) | |

**Notice of Appearance**

Notice is hereby given that attorney Cyrus A. Morton enters his appearance in this matter as counsel for Plaintiff, Personal Audio, LLC, for the purpose of receiving notices from the Court.

Dated: July 21, 2011

Respectfully Submitted,

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: /s/ Cyrus A. Morton
Ronald J. Schutz    (MN Bar No. 130849)
(Eastern District of Texas Member) (Lead Counsel)
Jake M. Holdreith   (MN Bar No. 211011)
(Eastern District of Texas Member)
Cyrus A. Morton (MN Bar No. 287325)
(Eastern District of Texas Member)
David A. Prange (MN Bar No. 329976)
(Eastern District of Texas Member)
Patrick M. Arenz    (MN Bar No. 0386537)
(Eastern District of Texas Member)
Daniel R. Burgess (MN Bar No. 0389976)
(Eastern District of Texas Member)

**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
E-mail:    RJSchutz@rkmc.com
              JMHoldreith@rkmc.com
              CAMorton@rkmc.com
              DAPrange@rkmc.com
              PMArenz@rkmc.com
              DRBurgess@rkmc.com

Annie Huang (MN Bar No. 0327979)
(Eastern District of Texas Member)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile:  (212) 980-7499
Email:       AHuang@rkmc.com

**Germer Gertz, L.L.P.**
Lawrence Louis Germer    (TX Bar # 07824000)
Charles W. Goehringer, Jr. (TX Bar # 00793817)
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Telephone: (409) 654-6700
Telecopier: (409) 835-2115
E-Mail:       llgermer@germer.com
                cwgoehringer@germer.com

**Attorneys for Plaintiff Personal Audio, LLC**

82364254.1

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically pursuant to Local Rule CV-5.  Parties may access this filing through the Court's case management electronic filing system.  Notice of this filing will be sent to all counsel of record by the Court's electronic filing system on this the 21st day of July, 2011.

/s/ Cyrus A. Morton
Cyrus A. Morton