**United States District Court**
**Eastern District of Texas**
**Lufkin Division**

| | |
|---|---|
| Personal Audio, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case 9:11-cv-00120-RC |
| Apple, Inc. ) | |
| ) | |
| Defendant. ) | **Jury Trial Demanded** |
| ) | |

**Notice of Appearance**

Notice is hereby given that attorney Annie Huang enters her appearance in this matter as counsel for Plaintiff, Personal Audio, LLC, for the purpose of receiving notices from the Court.

Dated: July 21, 2011

Respectfully Submitted,

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: /s/ Annie Huang
Ronald J. Schutz    (MN Bar No. 130849)
(Eastern District of Texas Member) (Lead Counsel)
Jake M. Holdreith   (MN Bar No. 211011)
(Eastern District of Texas Member)
Cyrus A. Morton (MN Bar No. 287325)
(Eastern District of Texas Member)
David A. Prange (MN Bar No. 329976)
(Eastern District of Texas Member)
Patrick M. Arenz    (MN Bar No. 0386537)
(Eastern District of Texas Member)
Daniel R. Burgess (MN Bar No. 0389976)
(Eastern District of Texas Member)

**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

82364256.1

Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
E-mail:     RJSchutz@rkmc.com
            JMHoldreith@rkmc.com
            CAMorton@rkmc.com
            DAPrange@rkmc.com
            PMArenz@rkmc.com
            DRBurgess@rkmc.com

Annie Huang (MN Bar No. 0327979)
(Eastern District of Texas Member)
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email:     AHuang@rkmc.com


**Germer Gertz, L.L.P.**
Lawrence Louis Germer     (TX Bar # 07824000)
Charles W. Goehringer, Jr. (TX Bar # 00793817)
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Telephone: (409) 654-6700
Telecopier: (409) 835-2115
E-Mail:     llgermer@germer.com
            cwgoehringer@germer.com

**Attorneys for Plaintiff Personal Audio, LLC**

**Certificate of Service**

   I hereby certify that a true and correct copy of the above and foregoing instrument was filed electronically pursuant to Local Rule CV-5. Parties may access this filing through the Court's case management electronic filing system. Notice of this filing will be sent to all counsel of record by the Court's electronic filing system on this the 21st day of July, 2011.

               /s/ Annie Huang
               Annie Huang