IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>      Defendant. | CASE NO.  9:11-CV-120-RC<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF ATTORNEY APPEARANCE

Benjamin C. Elacqua, of the law firm Fish & Richardson P.C., located at 1221 McKinney St., Suite 2800, Houston, TX 77010, files this Notice of Appearance on behalf of Apple Inc. in the above-referenced matter. All orders, notices, pleadings and correspondence should be served upon counsel at the above-referenced address.

Dated:  August 12, 2011

Respectfully submitted,

By:   /s/ Benjamin C. Elacqua
Benjamin C. Elacqua (24055443)
FISH & RICHARDSON PC
1221 McKinney Street, Ste. 2800
Houston, TX 77010
(713) 654-5300
Fax: (713) 652-0109
elacqua@fr.com

*Counsel for Defendant APPLE INC.*

1

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/ Khoa Nguyen*
                                                          Khoa Nguyen